AO 91 (Rev. 08/09) Criminal Complaint

JG
5/13/2021

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Florencio Natividad-Martinez<br><br>Defendant(s) | Case No. 2:21-mj-332 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 6, 2021__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326(b)(1) | Illegal re-entry by a removed alien |

This criminal complaint is based on these facts:
see attached affidavit

☑ Continued on the attached sheet.

_Scott Yarman_
Complainant's signature

Scott Yarman Deportation Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: 5-13-21

_[signature]_
Judge's signature

City and state: Columbus, OH
Chelsey M. Vascura, U.S. Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF THE CRIMINAL ) 
COMPLAINT OF: )
) Case No.
Florencio Natividad-Martinez )

AFFIDAVIT IN
SUPPORT OF CRIMINAL COMPLAINT

I, United States Immigration and Customs Enforcement (ICE) Deportation Officer Scott A. Yarman, being first duly sworn, depose and state as follows:

1. I am a Deportation Officer with more than eleven (11) years of experience as a Deportation Officer with the United States Immigration and Customs Enforcement (ICE), Border Patrol Agent with the U.S. Border Patrol, and a Police Officer with the Utica Police Department. I am assigned to the Columbus, Ohio Office of Enforcement and Removals-Field Operations. I have investigated both criminal and administrative matters involving aliens in the United States. I have a bachelor's degree in Criminal Justice. I have successfully completed the U.S. Border Patrol Agent Academy at the Federal Law Enforcement Training Center (FLETC) at Artesia, NM.

My investigation has revealed the following facts:

2. On or about October 01, 2013, Florencio Natividad-Martinez, a citizen of Mexico, was arrested in Columbus, Ohio and subject to a Notice to Appear (NTA). On November 19, 2013 Natividad-Martinez was ordered removed from the United States by an Immigration Judge in Cleveland Ohio. On November 27, 2013 Natividad-Martinez surrendered his fingerprint and photo for the immigration for I-296 (Notice to Alien Ordered Removed/Departure Verification) of which he signed. Natividad-Martinez's departure was witnessed and signed by an Immigration Officer.

3. On or about February 8, 2014, Natividad-Martinez was encountered near Harlingen, Texas. Natividad-Martinez's prior order of removal was reinstated. On February 08, 2014, Natividad-Martinez surrendered his fingerprint and photo for the immigration for I-296 (Notice to Alien Ordered Removed/Departure Verification) of which he signed. Natividad-Martinez's departure was witnessed and signed by an Immigration Officer and he was removed from the United States through the Brownsville, Texas Port of Entry.

4. On or about August 10, 2016, Natividad-Martinez was encountered in Columbus, OH. Natividad-Martinez's prior order of removal was reinstated. On the same date Natividad-Martinez was presented for Prosecution under 8 U.S.C 1326(a) and subsequently convicted on February 3, 2017. On February 07, 2017 Natividad-Martinez surrendered his fingerprint and photo for the immigration for I-296 (Notice to Alien Ordered Removed/Departure Verification) of which he signed. Natividad-Martinez's departure was witnessed and signed by an Immigration Officer. He was removed from the United States through Laredo, Texas.

5. On or about May 6, 2021, Natividad-Martinez was encountered by ICE officials in Franklin County, Ohio. The officer recognized Natividad-Martinez from a previous arrest. It was determined after a verification of records that Natividad-Martinez had previously been ordered removed from the United States and that he is subject to prosecution for illegal re-entry, having been found in the United States after being barred for a period of life following his most recent removal in 2017.

6. Your Affiant uses the above facts to establish probable cause that Natividad-Martinez is an alien, was found in Franklin County Ohio, after having been removed from the United States on or about the above dates, at or near the above locations, and whose removal was subsequent to a conviction for commission of three or more misdemeanors involving drugs, crimes against the person, or both, or a felony (other than an aggravated felony), specifically Title 8, United States Code, Sections 1326 (a)(1) Reentry of removed aliens, in violation of Title 8, United States Code, Sections 1326 (b)(1).

*Scott Yarman*

Scott Yarman
Deportation Officer
Immigration and Customs Enforcement

Sworn before me and subscribed in my presence on this 13 day of May 2021.

Hon. Chelsey M. Vascura
United States Magistrate Judge
Southern District of Ohio

2